THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Robert S. Grant, Appellant.
 
 
 
 
 

Appeal from Greenville County
Edward W. Miller, Circuit Court Judge

Unpublished Opinion No. 2010-UP-105
 Submitted January 4, 2010  Filed February
4, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia,
 for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia, and Solicitor Robert M. Ariail, of
 Greenville, for Respondent. 
 
 
 

PER CURIAM:  Robert S. Grant appeals his conviction
 and sentence for distribution of crack cocaine and possession with intent to
 distribute within proximity of a school. On
 appeal, counsel maintains the trial court erred in refusing to charge the jury
 on mere presence.  Grant also filed a pro se brief.  After a thorough review of the record,
 counsels brief, and Grant's pro se brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.